THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**ROSA E. RIVERA-MARRERO,**

   Plaintiff,

   v.

**BANCO POPULAR DE PUERTO RICO,**

   Defendant.

Civil No. 22-1217 (ADC)

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colon, U.S. District Judge, issued and Opinion and Order on March 31, 2023.

Therefore, pursuant to the Court's Opinion and Order, judgment is hereby entered. Popular's [17] Motion to dismiss is GRANTED and the [1] Complaint is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED.**

At San Juan, Puerto Rico, on this 31st day of March 2023.

          ADA I. GARCIA-RIVERA, ESQ.
          Clerk of Court

          By: s/ Franchesca Torres
          Franchesca Torres, Deputy Clerk